IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARK D. GODFREY,<br>    TDCJ-CID NO.848626,<br>    Petitioner, | §<br>§<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-06-393 |
| DOUG DRETKE,<br>    Respondent. | §<br>§<br>§ | |

## FINAL JUDGMENT

For the reasons set forth in the Court's Opinion on Dismissal, this case is DISMISSED, with prejudice.

This is a final judgment.

The Clerk will enter this Order and provide all parties with a copy.

Signed at Houston, Texas, on March 7, 2006.


_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE